

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 CASE NO.:

CASANDRA RILEY JEFFRIES                              16-12903-JDW

### AGREED ORDER GRANTING IN PART MOTION TO DISMISS (Dkt. #61)

THIS MATTER came before the Court on Trustee's *Motion to Dismiss* (Dkt. #61) (the "Motion") and response thereto filed by the Debtor (Dkt. #62). Upon agreement of the parties,

IT IS ORDERED that:

1. Trustee's Motion shall be and is hereby granted in part.

2. The plan shall be and is hereby amended to fully pay the claim of the Mississippi Department of Revenue (Clm. #27) in the amount of $144.90.

3. Within seven (7) days of entry of this Agreed Order, Debtor shall amend her Statement of Financial Affairs to disclose her ownership or connection to any business within the four years preceding the petition date.

4. During the pendency of this bankruptcy, Debtor shall file all state tax returns relating to sales taxes which become due post-petition, subject to any documented extension granted by the taxing authority.

5. During the pendency of this bankruptcy, Debtor shall timely pay all required sales tax due contemporaneous with the filing of the return, subject to any documented extension granted by the taxing authority.

6. Trustee may inquire with the Mississippi Department of Revenue concerning the tax liabilities and obligations of Debtor.

7. For purposes of this order, the filing of a claim by the Mississippi Department of Revenue for post-petition tax obligation(s), arising from sales tax due shall be *prima facia* evidence of Debtor's failure to file the required return and/or pay the required tax as stated in the claim, unless an objection to such claim is filed by Debtor within fourteen (14) days of the filing of such claim. If an objection is timely filed then the determination of whether the required return was filed and/or required tax paid shall be adjudicated through the timely filed objection.

8. Should the Debtor fail to comply with the terms of this order, this case may be dismissed without further notice or hearing.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER– MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick
ROBERT H. LOMENICK - MSB#104186
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645