**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 CASE NO.:** |
| **CASANDRA RILEY JEFFRIES** | **16-12903-JDW** |

**TRUSTEE'S NOTICE OF INTENT TO PAY
ADMINISTRATIVE EXPENSE TAX CLAIM**

COMES NOW the Chapter 13 Trustee, Locke D. Barkley (the "Trustee"), by and through counsel, and submits this Notice of Intent to Pay Administrative Expense Tax Claim (the "Notice").

On September 5, 2018, the Mississippi Department of Revenue ("MDOR") filed an administrative expense tax claim in the amount of $184.05 (Claim #28-1) (the "MDOR Claim"). The MDOR Claim shall be paid in full by the Trustee pursuant to 11 U.S.C. § 1326(b)(1) unless there is an objection to the MDOR Claim within fourteen (14) days from the date of this Notice.

**No objection should be filed to this Notice.**

DATED:  September 7, 2018

                                          Respectfully submitted,

                                          **LOCKE D. BARKLEY
                                          CHAPTER 13 TRUSTEE**

      By:    /s/ Melanie T. Vardaman
               ATTORNEYS FOR TRUSTEE
               W. Jeffrey Collier (MSB 10645)
               Melanie T. Vardaman (MSB 100392)
               6360 I-55 North, Suite 140
               Jackson, Miss.  39211
               (601) 355-6661
               ssmith@barkley13.com

# CERTIFICATE OF SERVICE

      I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

      Mississippi Department of Revenue
      Bankruptcy Section
      Post Office Box 22808
      Jackson, MS  39225-2808

Dated: September 7, 2018

                                          /s/ Melanie T. Vardaman
                                          MELANIE T. VARDAMAN