**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: CASANDRA RILEY JEFFRIES          CHAPTER 13

DEBTOR          CASE NO. 16-12903 JDW

### MOTION TO REINSTATE CASE

COMES NOW, the Debtor, by and through her attorney, and moves this Court for an Order Reinstating her Chapter 13 case. The Debtor supports his Motion with the following facts:

1. Debtor filed a voluntary petition for relief under Chapter 13 of Title II of the United States Bankruptcy Code on August 23, 2016.

2. Debtor's case was dismissed on March 7, 2019 for failure to make plan payments.

3. Debtor has remitted funds to the Chapter 13 Trustee to cure the delinquency and would request her case be reinstated.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that this Court will issue an Order reinstating her Chapter 13 case to allow her to complete her plan payments.

Respectfully submitted, this the 13th day of March, 2019.

/s/Robert H. Lomenick
KAREN B. SCHNELLER, MSB #6558
ROBERT H. LOMENICK, MSB #104186
SCHNELLER & LOMENICK, P.A.
126 North Spring Street
P. O. Box 417
Holly Springs, MS 38635
662-252-3224
karen.schneller@gmail.com/rlomenick@gmail.com

## CERTIFICATE OF SERVICE

      I, Robert H. Lomenick, Jr., attorney for debtor(s), do hereby certify that I have this day mailed a true and correct copy by United States Mail, postage prepaid or via electronic delivery, of the above and foregoing Motion to Reinstate Case to the following:

**Locke D. Barkley**
**Chapter 13 Trustee**
**6360 I-55 North, Suite 140**
**Jackson, MS 39211**

**U. S. Trustee**
**501 East Court Street, Suite 6-430**
**Jackson, Mississippi 39201**

**all creditors on matrix**

March 13, 2019                                              /s/ Robert H. Lomenick, Jr.
                                                                            ATTORNEY FOR DEBTOR(S)