

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE NO.: |
| CASANDRA RILEY JEFFRIES | 16-12903-JDW |

### AGREED ORDER DENYING MOTION TO DISMISS (DKT. #99)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #99) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee") and the response thereto filed by the Debtor (Dkt. #100). Upon agreement of the parties,

IT IS ORDERED that the Motion shall be and is hereby denied.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick, Jr.
ROBERT H. LOMENICK, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645